UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 30253
   JEANNE M PUNKE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-7865
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/02/05 and confirmed on 09/09/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 53159.87 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | UNSECURED | 21599.82 | .00 | 13981.11 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 23964.55 | .00 | 15511.79 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13829.39 | .00 | 8951.50 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3885.76 | .00 | 2515.18 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8805.79 | .00 | 5699.82 |
| CREDITORS PROTECTION SER | UNSECURED | 430.86 | .00 | 278.89 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 72516.17 | .00 | 72516.17 |
| PRINCIPAL PAID | .00 | .00 | 46938.29 | .00 | 46938.29 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 46938.29 | .00 | 46938.29 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 2261.71 .

Refunds to the Debtor totaled $ 1259.87 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 12/16/08                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 05 B 30253 JEANNE M PUNKE
```